IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: January 27, 2009
Court Reporter: Paul Zuckerman
Interpreter: Marcela Salazar

Criminal Action No. 08-cr-00209-MSK

*Parties*:  *Counsel Appearing*:

UNITED STATES OF AMERICA,  Mark Barrett

Plaintiff,

v.

1. JOSE FELIPE MAYA-HERNANDEZ, (*Interpreter*) David Currie
2. RAUL TARCISCIO GONZALEZ-RUIZ, (*Interpreter*) Mitchell Baker
3. ADRIAN ADAME, (*Interpreter*) Jeralyn Merritt

       Defendants.

## COURTROOM MINUTES

HEARING: Motions

**3:06 p.m.   Court in session**.

Defendants present in custody and on bond.

Interpreter sworn

The Court addresses defendant Maya-Hernandez's Motions **(Doc. #153, #154)**

Statement and oral motion by Mr. Currie to be joined on discovery motions. The Government has not objection to the ruling made on other motions being applicable to defendant Maya-Hernandez.

**ORDER:**   Defendant Maya-Hernandez's Motion **(Doc. #153) is DENIED** and Motion for Extension to join **(Doc. #154) is GRANTED** by way of counsel's oral motion today.

The Court addresses defendant Adame and Gonzalez' Motions for Disclosure of Rule 404(b) **(Doc. #134, 158).**

Statement from the Government.

**ORDER:**   Defendant Adame and Gonzalez' Motions for Disclosure of Rule 404(b) Evidence **(Doc. #134 and #158)** are **GRANTED.**

The Court addresses defendant Adame's Motion for Release of Brady Materials (**Doc. #136**).

Statement from counsel for defendant Adame.

**ORDER:** Defendant Adame's Motion for Release of Brady Materials **(Doc. #136) is GRANTED** pursuant to the stipulation between counsel.

The Court addresses Motions for Disclosure - Adame (**Doc. #137, #144**) and Gonzalez-Ruiz **(Doc. #163, 157).**

**ORDER:** The Motions for Disclosure **(Doc. #137, 144, 163 and 157) are GRANTED in part and DENIED in part.** Disclosure will be made 60 days before trial. If any witness is discovered after that date, then within 48 hours of discovery of that witness, the Government will supply that information to defense counsel.

The Court addresses Motions to Preserve Tapes and Notes - Adame (**Doc. #140**) and Gonzalez-Ruiz (**Doc. #162**).

**ORDER:** Motions to Preserve Tapes and Notes( **Doc. #140, 162) are GRANTED**.

The Court addresses defendants Motions to Disclose Confidential Informants - Adame (**Doc. #141)** Gonzalez-Ruiz (**Doc. #161**)

**ORDER:** Defendant Adame and Gonzalez-Ruiz' motions (**Doc. #141, 161) are GRANTED in part and DENIED in part.** The court grants the modified limited scope of the request which is the identification of those people whose names have been identified as participants on the disclosed telephone calls whether these individuals are confidential informants or not.

The Court addresses defendants Motions (Requests) for Notice of Intent to Call Expert Witnesses Adame - (**Doc. #142),** Gonzalez-Ruiz (**Doc. #167**)

Statement by Mr. Barrett. Experts, if any, will be disclosed 60 days prior to trial.

**ORDER:** The Motions (Requests) for Notice of Intent (**Doc. #142, 167) are GRANTED**. The Government will provide this information 60 days prior to trial.

The Court addresses the Request for Notice of Intent to Use 12(b)(4)(B) Evidence by defendants Adame (**Doc. #145**) and Gonzalez-Ruiz (**Doc. #156**)

The Government proffers that the calls are limited to those specified in the James proffer.

**ORDER:** The Notice of Intent to Use Evidence (**Doc. #145, 156**) are **GRANTED** pursuant to the Government's proffer.

The Court addresses defendant Adame and Gonzalez-Ruiz's motions requesting notice of intent to introduce Rule 807 evidence (**Doc. #143, 159**)

The Government confirms it does not intend to offer Rule 807 evidence.

**ORDER:** Defendants' Motions ( requests of Intent (**Doc. #143, 159) are GRANTED**.

The Court addresses defendant Adame's Motion for Discovery (**Doc. #138**).

The Government confirms that it concedes the motion.

**ORDER;** Defendant Adame's Motion for Discovery (**Doc. #138**) is **GRANTED.**

The Court addresses defendant Adame's Motion for Discovery Pertaining to Intercepted Communications (**Doc. #139**)

The Government has no objection.

**ORDER:** Defendant Adame's Motion for Discovery Pertaining to Intercepted Communications (**Doc. #139) is GRANTED**.

The Court addresses defendant Gonzalez-Ruiz's motion for Case Specific Discovery **(Doc. #149)**

The Government has no objection to providing information in categories A, B, C and E. Argument from Messrs. Baker and Barrett regarding categories D, F, G and H, which the Government does object to. The Government agrees it will supply the information that is requested in categories A, B, C (and C will include PING data), E and H.

**ORDER:** Defendant Gonzalez-Ruiz's Motion for Case Specific Discovery **(Doc. #149) is GRANTED in part and DENIED in part.** The information that the Government will supply in accordance with the categorical requests of D, F and G will be limited to that information which the Government had prior to filing its affidavit as part of its application for the Title 3 wiretap authority.

The Court addresses defendant Adame's Motion for Bill of Particulars (**Doc. #135**)

Counsel for defendant Adame withdraws the motion.

**ORDER:** Defendant Adame's Motion for Bill of Particulars **(Doc. #135) is WITHDRAWN.**

The Court addresses the Government's unopposed Motion for Extension of Time to File James Proffer **(Doc. #200)**

**ORDER:** Government's Motion for Extension of Time to File James Proffer **(Doc. #200)** is **GRANTED.** The James Proffer will be filed by Monday, February 2, 2009.

**ORDER:** Defendant(s) remanded to custody, bond continued as to the appropriate defendant(s).

**4:13 p.m.** **Court in recess.**

**Total Time: 1 hour 6 minutes.**
**Hearing concluded.**