IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00209-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      **JOSE FELIPE MAYA-HERNANDEZ,**
      **a/k/a "Maestro,"**
      **a/k/a "El Maestro,"**
      **a/k/a Felipe Maya-Hernandez,**
      **a/k/a Jose Felipe Hernandez,**
      **a/k/a Jose Felipe Maya**,
2.      RAUL TARCISCIO GONZALEZ-RUIZ,
      a/ka "Chicho,"
      a/k/a Raul Tarciscio Gonzales,
      a/k/a Raul Tariscio Gonzales-Ruis,
      a/k/a Tarcicio Ruiz-Gonzales,
      a/k/a Raul Tarciscio Ruiz-Gonzales,
      a/k/a Raul T. Ruiz,
      a/k/a Raul Tarciscio Ruiz,
      a/k/a Raul Tarcisio Ruiz,
      a/k/a Tarcicio Ruiz-Gonzalez,
3.      ADRIAN ADAME,
      a/k/a Adrian Arturo Adame,
4.      ALFONSO CANTU,
      a/k/a "Alex,"
5.      DANIEL FEDERICO STROHM,
      a/k/a "Danny,"
      a/k/a Daniel Frederick Strohn,
      a/k/a Daniel Frederick Max Strohm,
6.      TANYA CERDA,
      a/k/a Tanya Janie Gonzales,
      a/k/a Tanya Amaya,
      a/k/a "Tangie,"
      a/k/a "T,"
7.      ANTHONY CANTU,
      a/k/a "Tony,"
8.      JEFF MORENO,
      a/k/a Jeffrey Moreno,
      a/k/a Junior Moreno,

Defendants.

---

### ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#327)** on October 28, 2009, by Defendant Jose Felipe Maya-Hernandez.  The Court construes

this Notice as a motion to change his plea and to have the Court consider the terms of the parties'

plea agreement.

**IT IS THEREFORE ORDERED** that:

1.    Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

pending determination of those matters.

2.    A Change of Plea hearing is set for **January 11, 2010,** at **1:30 p.m.** in the United

States District Court for the District of Colorado, Courtroom A901, Alfred A.

Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3.    The final trial preparation conference set for November 6, 2009, and the

November 9, 2009, trial date are **VACATED**.

Dated this 2nd day of November, 2009.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge

---

[1]  In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel
shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the
sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See
Administrative Order 2007-8.*