# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputies:  Cathy Coomes      Date: December 27, 2010
Court Reporter:  Paul Zuckerman
Probation Officer: Caryl Ricca
Interpreter: Cathy Bahr

Criminal Action No. 08-cr-00209-MSK-1

*Parties*:                                     *Counsel*:

UNITED STATES OF AMERICA,      Mark Barrett

        Plaintiff,

v.

1.  JOSE FELIPE MAYA-HERNANDEZ,      David Currie

        Defendant.

---

## SENTENCING MINUTES
---

**3:04 p.m.**     **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on May 5, 2010.  Defendant pled guilty to Count One of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties do request departure.

The defendant requests imposition of a variant sentence.

Allocution. - Statements made by defense counsel and the defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**  Motion for Downward Departure Pursuant to U.S.C. Section 3553(e) and Section 5K1.1 (Doc. 400) is granted as set forth on the record.

**ORDER:**  Defendant's Request for Departures (Doc. 392) is denied as set forth on the record.

**ORDER:**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:45 p.m.**   **Court in recess.**

Time: 41 minutes
Hearing concluded.